No. 12–5213.  WIDI *v.* NEW HAMPSHIRE.  Super. Ct. N. H., Rockingham County.  Certiorari denied.

No. 12–5214.  HAYES *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 12–5215.  GRINDLING *v.* THOMAS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5217.  HARPER *v.* FARRELL, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, CABELL COUNTY.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 12–5218.  DAZA GUTIERREZ *v.* HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–5219.  HARRIS *v.* PROGRESSIVE CASUALTY INSURANCE Co.  C. A. 4th Cir.  Certiorari denied.

No. 12–5220.  GONZALEZ *v.* HEDGPETH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5221.  CLARK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5222.  ELDRIDGE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–5223.  JONES *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 12–5224.  BEN-MORKA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5225.  MCGOUGH *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 12–5226.  NAVARRO-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5227.  MORAIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.